ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Eladio Monterde Munoz,

Petitioner,

v.

Pamela Bondi, Samuel Olson, Todd Lyons,
Pamela Bondi, Commissioner Rodney S Scott,
Kristi Noem and Brandon Cowley,

Respondents,

Case No.  25 C 13121

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒  in favor of petitioner
and against respondent

which ☐ includes $ pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
Plaintiff shall recover costs from defendants.

☐  in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒  other:  The court grants petitioner's Petition for a Writ of Habeas Corpus on the ground that he is being held without the possibility of release on bond in violation of the Immigration and Nationality Act, 8 U.S.C. § 1226(a) and his due process rights. The court orders petitioner's immediate release and respondents to provide petitioner with a bond hearing within 14 days of the court's 11/14/2025 order. The court further orders respondents to file a status report confirming petitioner's release by 11/18/2025.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 11/14/2025.

Date:  2/3/2026

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk